USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :   **ORDER**
v.                               :
                                 :   S1 24 CR 647 (VB)
ALMON JOSEPH,                    :
                    Defendant.   :
--------------------------------------------------------------x

    By letter dated September 25, 2025, defendant Almon Joseph seeks a modification of his conditions of pretrial release. (Doc. #89). The government opposes the request. (Doc. #90).

    Defendant's request is GRANTED.

    According to defendant's Pretrial Services officer, defendant has been in substantial compliance with his conditions of release, which include, among other things, a curfew enforced by location monitoring. He is employed and has tested negative for illegal substances. Defendant seeks to eliminate the curfew requirement, to be replaced with standalone GPS monitoring. The Pretrial Services officer believes the risks of non-appearance and danger are sufficiently addressed and mitigated by standalone GPS monitoring, and she does not object to the requested modification.

    For the reasons set forth in defense counsel's September 25 letter, the Court finds by clear and convincing evidence that defendant is not likely to flee or pose a danger to the safety of another person or the community. See 18 U.S.C. § 3143(a)(1).

    Accordingly, the curfew requirement is eliminated, and defendant shall be subject to standalone GPS monitoring under the continued supervision of Pretrial Services. All other conditions of pretrial release remain in effect.

Dated: September 30, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge