# Federal Defenders
## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11-5-25_

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Jennifer L. Brown
*Attorney-in-Charge*

November 5, 2025

The Honorable Vincent L. Briccetti
District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Application Granted.
SO ORDERED:

/s/ Vincent Briccetti
11-5-25

Re:   US v. Almon Joseph, 24 Cr 647

Dear Honorable Briccetti,

    I am writing to ask that Your Honor your honor please modify the terms of Mr. Joseph's release to allow Mr. Joseph to travel to Florida on November 13, 2025 so that he can attend his father's funeral.

    As background, Mr. Joseph was arrested on February 17, 2024, and charged with firearms trafficking and the illegal transportation of firearms in violation of 18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D), 922(a)(3). At his initial appearance, Mr. Joseph was granted bail. Specifically, the Honorable Andrew E. Krause released Mr. Joseph pursuant to a $100,000 bond that was cosigned by two individuals.[1] As part of that bail package, Mr. Joseph was subjected to home detention enforced by location monitoring. But after a year of successful compliance with the terms of his release, including finding employment, on February 5, 2025, Your Honor agreed to modify the home detention condition and convert it to a curfew that was enforced by location monitoring. Then on September 25, 2025, the Court removed the curfew. As such, today Mr. Joseph is subject to stand alone GPS location monitoring as well as the other conditions of his release.

    Sadly, Owen Joseph, Mr. Joseph's father, died on October 17, 2025. Owen Joseph lived in Florida and a funeral will be held in Orlando, Florida, on November 15, 2025.[2] Additionally, a wake is planned for November 14, 2025. Mr. Joseph would like permission to travel, with his mother and other family members, to Orlando so that he may attend these events. If approved, Mr. Joseph would fly to

---

[1] Mr. Joseph's passport was also surrendered.
[2] I have provided a death certificate, and information about the funeral, to both Pretrial and the Government.

Orlando, Florida on November 13, 2025 and would return to New York on November 17, 2025.

    I have communicated with Pretrial Officer Francesca Piperato. Officer Piperato informed me that Mr. Joseph's location monitoring would still work in Florida and she indicated that Mr. Joseph has been compliant with the terms of his release and that Pretrial supports this application. Officer Piperato noted, however, that her approval is contingent upon Mr. Joseph providing his travel details to Pretrial <u>prior to</u> travelling to Florida.[3] I have also communicated with AUSA Kathryn Wheelock and AUSA Wheelock informed me that the Government consents to this application.

    Thank you for your consideration.

Sincerely,

Benjamin Gold

cc:    AUSA Kathryn Wheelock
        Pretrial Officer Francesca Piperato

---

[3] Mr. Joseph, of course, has agreed to provide his travel details to Pretrial. He has not yet purchased airfare, but he plans to do so immediately if this application is approved. Mr. Joseph will then forward the flight details, as well as the location where he will be staying while in Florida, to Pretrial.