United States District Court
Southern District of New York

---

United States of America,

-against-

~~Proposed~~ **ORDER**
24 CR 647 (VB)

Almon Joseph

Defendant.

---

<u>To Pretrial Services</u>

Upon the request of defendant Almon Joseph, by his counsel Benjamin Gold of the Federal Defenders of New York, it is hereby ordered that Pretrial Services shall release Mr. Joseph's passport to the Federal Defenders of New York so that Mr. Gold can facilitate the return of Mr. Joseph's passport.

SO ORDERED.

Dated: 11/19/26
White Plains, New York

The Honorable Vincent L. Briccetti
United States District Judge